CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN WILSON,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:09-cv-00268 |
| v. | )<br>) | **ORDER** |
| W.R. GOOD, et al.,<br>    Defendants. | )<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of August, 2009.

/s/ James C. Turk
Senior United States District Judge